# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 2, 2016

## NO. 03-16-00596-CV

**Eileen Merritt, Inc. d/b/a ATS Engineers, Inspectors & Surveyors, Appellant**

**v.**

**State Farm Lloyds as Subrogee of William Ballard and Mandl Ballard, Appellee**

**APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the interlocutory order signed by the trial court on September 14, 2016. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.